THE O'MARA LAW FIRM, P.C.
WILLIAM O. O'MARA  (Nevada Bar No. 837)
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of SHUFFLE MASTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK L. YOSELOFF, et al., <br><br> Defendants, <br><br> – and – <br><br> SHUFFLE MASTER, INC., a Minnesota corporation, <br><br> Nominal Defendant. | Case No. 2:07-cv-01215-KJD-LRL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, on September 7, 2007, Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust filed the above-captioned action in this District;

WHEREAS, on September 17, 2007, a second derivative action was filed in this District and captioned *Hodgkins, et al. v. Shuffle Master, Inc., et al.*, Case No. 2:07-cv-01263-KJD-GWF;

WHEREAS, on November 9, 2007, the Court entered an Order consolidating the two above-referenced derivative cases (collectively, the "Action") and appointing the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, now known as Robbins Geller Rudman & Dowd LLP, as Lead Counsel in the Action;

WHEREAS, on July 20, 2010, the Parties entered into a Stipulation of Settlement (the "Settlement") resolving the Action as well as a related state court derivative case pending in the Eighth Judicial District Court for the State of Nevada captioned *Denham v. Yoseloff, et al.*, A-09-603275-C (the "State Derivative Action"), approval of which was pursued in the State Derivative Action;

WHEREAS, the state court in the State Derivative Action entered an order preliminarily approving the proposed Settlement on September 3, 2010;

WHEREAS, Shuffle Master, Inc. ("Shuffle Master") gave notice to shareholders pursuant to the terms of the preliminary approval order by filing a Form 8-K with the Securities and Exchange Commission, with a copy of the Notice of Settlement attached thereto, and by posting and maintaining the Notice of Settlement and the Stipulation on Shuffle Masters' public website;

WHEREAS, on October 26, 2010, the state court gave final approval to the Settlement and entered judgment thereon (a copy of the judgment and order is attached as Exhibit 1);

- 1 -

WHEREAS, pursuant to the terms of the Settlement, Plaintiff hereby seeks dismissal with prejudice of the Action without costs to any party;

WHEREAS, no defendant in this Action has answered or filed for summary judgment; and

WHEREAS, pursuant to Fed. R. Civ. P. 23.1, this derivative action may only be dismissed with the Court's approval.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses the Action with prejudice and respectfully requests the Court to order the same.

DATED:  December 10, 2010                             ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
ARTHUR C. LEAHY
BRIAN O. O'MARA (Nevada Bar No. 8214)


                  s/ BRIAN O. O'MARA
                   BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 3 -

                                                    THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA
DAVID C. O'MARA
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT
217 Second Avenue, North
Nashville, TN  37201-1601
Telephone:  615/244-2202
615/252-3798 (fax)

Attorneys for Plaintiff

DATED:  December 10, 2010         BROWNSTEIN HYATT FARBER SCHRECK, LLP
TAMARA BEATTY PETERSON
KIRK B. LENHARD


                                                    s/ TAMARA BEATTY PETERSON
                                                      TAMARA BEATTY PETERSON

100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone:  702/464-7046
702/382-8135 (fax)

Attorneys for Defendants Mark L. Yoseloff, Paul C. Meyer, Richard L. Baldwin, Garry W. Saunders, Louis Castle, Phillip C. Peckman and Nominal Defendant Shuffle Master, Inc.

- 3 -

589639_1

- 4 -

DATED:  December 10, 2010      PAUL, HASTINGS, JANOFSKY & WALKER LLP
PETER M. STONE

s/ PETER M. STONE
PETER M. STONE

1117 South California Avenue
Palo Alto, CA 94304-1106
Telephone:  650/320-1800
650/320-1900 (fax)

Attorneys for the Special Demand Review Committee of the Board of Directors of Nominal Defendant Shuffle Master, Inc.

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED:  12/14/2010  _____

THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 10, 2010.

                                             s/ BRIAN O. O'MARA
                                             BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: bomara@rgrdlaw.com

# Mailing Information for a Case 2:07-cv-01215-KJD-LRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jamie S Cogburn**
  jsc@cogburnlaw.com,kl@cogburnlaw.com,mh@cogburnlaw.com

- **Kristin H. Cogburn**
  KHC@COGBURNLAW.COM

- **William B. Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Joshua G Hamilton**
  melmanahan@paulhastings.com,joshuahamilton@paulhastings.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kirk B. Lenhard**
  klenhard@bhfs.com,pkay@bhfs.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,risac@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William M. O'Mara**
  bill@omaralaw.net

- **Tamara Beatty Peterson**
  TPeterson@bhfs.com,eparcells@bhfs.com

- **Peter Marshall Stone**
  peterstone@paulhastings.com

- **William F Sullivan**
  lisavermeulen@paulhastings.com,scottcarlton@paulhastings.com,williamsullivan@paulhastings.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)